IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TEMITOPE OLAGESHIN | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-360 |
| TONIA LANE, *et al.*, | § | |

### MEMORANDUM OPINION AND ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

Plaintiff, Temitope Olageshin, an inmate formerly confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Tonia Lane and Miracle McMillian.  The Court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.

On February 26, 2025, the magistrate judge recommended denying Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunmction [Dkt. 10].  The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the records, and pleadings.  Plaintiff filed a Motion for Reconsideration and Objections to Recommendation [Dkt. 14], a Motion for Reconsideration [Dkt. 15], Objections [Dkt. 16], and a Motion seeking Emergency Cease and Desist Protective and Restraining Order, In the Alternative, Notice of Appeal [Dkt. 17].  The court liberally construes all these pleadings as Objections to the Report and Recommendation.  This requires a *de novo* review of the objections in relation to the pleadings and applicable law.  *See* FED. R. CIV. P. 72(b).

Plaintiff's objections can be summarized as repeated complaints that the Stiles Unit Defendants continue to interfere in the processing of his legal mail and deny him access to courts. The record in this case and in other companion cases belie this assertion.  Regardless, the record also reflects that Plaintiff was transferred from the Stiles Unit to the Byrd Unit on September 22, 2025

[Dkt. 20] and was then released from prison on or around December 31, 2025 [Dkt. 24]. As a result, Plaintiff's Motion for Preliminary Injunction or Motion for Temporary Restraining Order has been mooted by his release from prison. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001).

<u>ORDER</u>

Accordingly, Plaintiff's objections are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is PARTIALLY ADOPTED.

**SIGNED this 18th day of March, 2026.**

Michael J. Truncale
United States District Judge